```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
JUDITH VEGA

        Plaintiff,                          ORDER

     -against-                              Civil Action No.
                                            CV-02-1550 (DGT)
CREDIT BUREAU ENTERPRISES, a
Division of THE CBE GROUP, INC.

        Defendant.

--------------------------------X
```

TRAGER, District Judge

On March 29, 2005, this court granted plaintiff's motion for class certification and judgment on the pleadings. <u>Vega v. Credit Bureau Enterprises</u>, No. 02-cv-1550, 2005 WL 711657 (E.D.N.Y., March 29, 2005). Defendant has moved to stay the issuance of class notice and decertify the class due to <u>de minimis</u> recovery, or in the alternative to allow for publication notice to the class members. Defendant's papers cite no changed circumstance or development in the case, but rather rely on its financial condition, which is nearly identical as at the time of the earlier decision. Defendants motion is, therefore, denied.

Dated: Brooklyn, New York
       October 14, 2005

                                    SO ORDERED:

                                    /s/_____
                                    David G. Trager
                                    United States District Judge